**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00245-CV

### IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 13-00345-W**

## ORDER

The Court **GRANTS** the State's May 21, 2015 motion to extend time to file its brief. We

**ORDER** the State's brief tendered on May 21, 2015 filed as of the date of this order.


/s/     ELIZABETH LANG-MIERS
          JUSTICE